UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **MARTIN MAX WESTER** | **CASE NO.  2:22-CV-00523** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **KILOLO KIJAKAZI** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## JUDGMENT

Upon consideration of the Report and Recommendation [doc. 13] filed by the Magistrate Judge, noting the lack of objections thereto, and after a de novo review of the record and applicable law, the undersigned hereby **ORDERS, ADJUDGES,** and **DECREES** that the Report and Recommendation [doc. 13] be **ADOPTED**, that the final decision of the Commissioner be **AFFIRMED**, and that this appeal be **DENIED AND DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers on the 10th day of June, 2024.

*/s/ James D. Cain, Jr.*
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**